UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6027
26 U.S.C. §7201

CR-ZLOCH

UNITED STATES OF AMERICA )
)
vs. )
)
JOHNNY LEONARD POWELL, )
  a/k/a Johnnie Leonard )
  Powell )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

During the calendar year 1992, at Broward County, in the Southern District of Florida, the defendant,

**JOHNNY LEONARD POWELL,
a/k/a Johnnie Leonard Powell,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $23,521.51; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $3,799.00, whereupon the defendant,

**JOHNNY LEONARD POWELL,
a/k/a Johnnie Leonard Powell,**

beginning on or about June 16, 1992, and continuing at least until on or about February 6, 1997, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat approximately $1,799.00 of the said income tax due and owing by him to the United States of America for said calendar year by filing a



false W-4 Form through his employer, the City of Hallandale, filing false income tax returns, and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

## COUNT II

During the calendar year 1993, at Broward County, in the Southern District of Florida, the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $28,105.80; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $5,002.00, whereupon the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

on or about January 19, 1993, and continuing through at least on or about April 15, 1994, and thereafter, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat approximately $4,859.00 of the said income tax due and owing by him to the United States of America for said calendar year by filing a false W-4 Form through his employer, the City of Hallandale, failing to file his income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States

his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

### COUNT III

During the calendar year 1994, at Broward County, in the Southern District of Florida, the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $31,457.01; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $5,856.00, whereupon the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

on or about February 4, 1994, and thereafter, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by filing false W-4 Forms through his employer, the City of Hallandale, failing to file his income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

### COUNT IV

During the calendar year 1995, at Broward County, in the Southern District of Florida, the defendant,

3

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $35,120.66; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $6,800.00, whereupon the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

on or about February 16, 1995, and thereafter, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by filing a false W-4 Form through his employer, the City of Hallandale, failing to file his income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

COUNT V

During the calendar year 1996, at Broward County, in the Southern District of Florida, the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $33,499.54; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $6,267.00, whereupon the defendant,

**JOHNNY LEONARD POWELL,**
**a/k/a Johnnie Leonard Powell,**

on or about February 14, 1996, and thereafter, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by filing a false W-4 Form through his employer, the City of Hallandale, failing to file his income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.                               CERTIFICATE OF TRIAL ATTORNEY*

JOHNNY POWELL                    Superseding Case Information:

**Court Division:** (Select One)

| | | New Defendant(s) | ___ Yes ___ No |
|---|---|---|---|
| ___ Miami | ___ Key West | Number of New Defendants | _____ |
| _X_ FTL | ___ WPB ___ FTP | Total number of counts | _____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    4    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_         Petty         ___
   II   6 to 10 days     ___         Minor         ___
   III  11 to 20 days    ___         Misdem.       ___
   IV   21 to 60 days    ___         Felony        _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  _X_ Yes  __ No    If yes, was it pending in the Central Region?  _X_ Yes  __ No

                                   _____
                                   ROBIN S. ROSENBAUM
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 908223

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: __Johnny Powell__        Case No.: _____

============================    =========================================

Counts #I-V:
 Attempt to evade or defeat tax; 26:7201

*Max Penalty:   5 years' maximum imprisonment; $250,000 fine; costs of prosecution

================================================================================
Count #:


Max. Penalty:
================================================================================
Count #


Max. Penalty:
================================================================================
Count #:


Max. Penalty:
================================================================================
Count #:


Max. Penalty:
================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.