AO 442 (Rev. 12/85) Warrant for Arrest   AUSA ROBIN S. ROSENBAUM - IRS CID S/A WARREN MARTIN

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOHNNY LEONARD POWELL,
a/k/a Johnnie Leonard Powell

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6027**

**CR-ZLOCH**

YOU ARE HEREBY COMMANDED to arrest _____ JOHNNY LEONARD POWELL _____

**MAGISTRATE JUDGE SELTZER**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   tax evasion for the years 1992-1996

in violation of Title __26__ United States Code, Section(s) __7201__

CARLOS JUENKE
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $75,000 Corp. Surety

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

2-1-00   Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |