UNITED STATES DISTRICT COURT
Southern District of Florida



U.S. Marshal #: _____

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR CC-6027CR-ZLOCH
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Jimmy Leonard Powell )
        Defendant              55185-004

*************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7:30 (am)/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: TITLE 26 USC 7201
    TAX EVASION

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 7-16-64

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# CC-6027CR-ZLOCH

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [X]NO

Amount of Bond: $ 75,000.00 CORP. SURETY
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2-7-00   (9) Arresting Officer: SPECIAL AGENT WARREN MARTIN

(10) Agency: IRS-CID    (11) Phone: 954-725-1446

(12) Comments: _____