UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*FILED by ___ D.C. FEB - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. OF FLA. FT. LAUD.*

UNITED STATES OF AMERICA

vs

Case No: 00-6027-CR-ZLOCH

JOHNNY LEONARD POWELL    /

### ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 7th day of February, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

