UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 000-6027-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JOHNNY LEONARD POWELL

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __FEDERAL PUBLIC DEFENDER__

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ __75,000 PSB__

Bond hearing held: yes_____ no _X_ Bond hearing set for_____

Dated this __7TH__ day of __FEBRUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-007__

cc: Copy for Judge
    U. S. Attorney