COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHNNY LEONARD POWELL (J)   CASE NO: 00-6027-CR-ZLOCH
AUSA: ROBIN ROSENBAUM *Thompson*   ATTY: Tim Day
AGENT: IRS   VIOL: 26:7201
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 75,000 CORPORATE SURETY
BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED FPD
BOND SET @ 75,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/month in person
3) Travel extended to:

*Gov't moved to Unseal - Granted*
*Advised of Charges - Sworn for*
*apptmt of counsel*

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG: ✓
                        STATUS CONF: 2-22  11  LSS

Date: 2/7/00   Time 11:00   FTL/LSS TAPE #00- 007   Begin: 115   End: 456

*recall 405*