# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOHNNY LEONARD POWELL,
a/k/a Johnnie Leonard Powell

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

**00-6027-CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest __JOHNNY LEONARD POWELL__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) tax evasion for the years 1992-1996

in violation of Title __26__ United States Code, Section(s) __7201__

CARLOS JUENKE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at __$75,000 Corp. Surety__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

2-1-00       Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_
Name of Judicial Officer

00 FEB -8 PM 2:37

### RETURN

This warrant was received and executed with the arrest of the above defendant at Hallandale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/01/2000 | James A. Tassone, USM FOR: IRS | Fred DePompa, SDUSM |
| DATE OF ARREST | | |
| 02/07/2000 | | |

13