UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6027-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JOHNNY LEONARD POWELL,

           Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 22, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that the volume of discovery in this case is exceptionally large. Given the volume of documents, it anticipates that it will have fulfilled its discovery obligations by the end of this week. The Government further represented that its evidence will not include any audio tapes and that the matter will require three days to try; the Government is ready to proceed.

2.    Defense counsel concurred with the Government's representations. Given the volume of documents involved in this case, the defense requested and was granted

1



two additional weeks within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Martin Bidwell, Esquire
Federal Public Defender's Office
Attorney for Defendant