COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Johnny Leonard Powell (J)#     CASE NO: 00-6027-CR-Zloch
AUSA: Robin Rosenbaum /Sanegar/      ATTNY: FPD: Martin Bidwill /present/
AGENT:                               VIOL:
PROCEEDING: Status Conference        BOND REC:
BOND HEARING HELD - yes/no           COUNSEL APPOINTED:
___ BOND SET @ ___
CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery large —
will try to be out
this week
3 days to try
Gov't ready
No tapes
∆ requests 2 addl
weeks to try.
3/24 — trial date

NEXT COURT APPEARANCE:   DATE:        TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 2-22-00    TIME: 11:00am    TAPE # 00-014  PG# 5
3100 - 3140
20