UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer (Chief MJ Snow set bond)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY POWELL,

    Defendant.

_____/

FILED by _____ D.C.
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO MODIFY BOND

This cause is before the Court on Defendant Johnny Powell's Motion to Modify Bond to Extend Travel. Upon review of the motion, it is

ORDERED and adjudged that the Motion is hereby granted. The Defendant's bond is modified to allow travel to the Middle District of Florida. All other conditions of bond remain in full force and effect.

DONE AND ORDERED this 29th day of February, 2000, in Fort Lauderdale, Florida.

LURANA S. SNOW
Chief United States Magistrate Judge

cc: Martin J. Bidwill, AFPD
    Robin Rosenbaum, AUSA
    Kathleen Shannon-Hunt, PreTrial Services