UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHNNIE POWELL,

    Defendant.

_____/

### ORDER EXTENDING TIME TO FILE PRE-TRIAL MOTIONS

THIS MATTER having come before the Court upon the Defendant's Unopposed Motion for Extension of Time to file Pre-Trial Motions, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED, that the motion is hereby GRANTED and the defendant shall have until March 27, 2000, within which to file pre-trial motions. Should the District Judge continue the trial, Defendant may request an additional extension.

DONE AND ORDERED this ____ day of March, 2000 at Fort Lauderdale, Florida.

                                                  Barry Seltzer
                                                UNITED STATES MAGISTRATE JUDGE

cc:    Martin J. Bidwill, AFPD
        Robin Rosenbaum, AUSA