UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6027-CR-ZLOCH

UNITED STATES OF AMERICA,  )
                                                  )
            Plaintiff,                         )
                                                  )
vs.                                               )
                                                  )
JOHNNY L. POWELL,            )
                                                  )
            Defendant.                       )
_____)

### GOVERNMENT'S FIRST SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files its First Speedy Trial Report.

1. On February 1, 2000, the indictment in the case at bar was filed. The defendant made his initial appearance on February 7, 2000. Therefore, the speedy trial clock was triggered on February 7, 2000. 18 U.S.C. 3161(c)(1); 18 U.S.C. 3161(h)(7). Since that date, the government has determined that twenty-nine days of non-excludable time have elapsed. The Speedy Trial Clock is currently tolled, as Defendant's Motion for Continuance is presently pending.

2. The following Speedy Trial Chart sets forth the proceedings that have occurred since February 7, 2000, resulting in excludable time under 18 U.S.C. §3161(h):

| EXCLUDABLE DATES | ACTIVITY | ELAPSED TIME | DAYS ELAPSED |
|---|---|---|---|
| 2/1/00 | Indictment | | |
| 2/7/00 | Initial Appearance Arraignment | 2/8-2/21/00 | 14 days |

| 2/22/00 | Status Conference | 2/23-3/8/00 | 15 days |
| --- | --- | --- | --- |
| 3/9/00 | Defendant's Motion for Continuance | | |

**TOTAL TIME ELAPSED:**                                                  **29 DAYS**

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By *(signature)*
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3595
Fax: 954-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by United States mail this 24th day of March, 2000, to Marty Bidwell, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

*Robin S. Rosenbaum*
Robin S. Rosenbaum
Assistant United States Attorney