UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6027-CR-Zloch   DATE 3-27-00

CLERK Carline Newsey   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Johnny Powell

U.S. ATTORNEY Robin Rosenbaum   DEFT COUNSEL Martin Bidwill

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for continuance granted. All time excludable until trial actually commences

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 5-days

29