UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6027-CR-ZLOCH

UNITED STATES OF AMERICA            )
                                    )
                                    )
                                    )
v.                                  )
                                    ).
                                    )
)JOHNNY LEONARD POWELL,             )
a/k/a JOHNNIE LEONARD POWELL,       )
                                    )
    Defendant.                      )
                                    )



### NOTICE OF UNAVAILABILITY

Please take notice that United States Internal Revenue Service Criminal Investigation Division Special Agent Warren Martin, a major in the United States Marine Corps Reserves, will be unavailable from May 22, 2000, through June 6, 2000, as he will be participating in his mandatory annual two weeks of training for the United States Marine Corps Reserves. Special Agent Martin is the case agent in the above-captioned case and is expected to be an essential witness for the United States at trial. Additionally, undersigned counsel for the United States has purchased tickets for a prepaid vacation from May 26, 2000, through June 4, 2000. For these reasons, the United States respectfully requests that no

proceedings be set from May 26, 2000, through June 6, 2000.

                                        Respectfully submitted,

                                        THOMAS E. SCOTT
                                        UNITED STATES ATTORNEY

By:          *[signature]*
                Robin S. Rosenbaum
                Assistant United States Attorney
                Florida Bar No. 908223
                500 E. Broward Blvd.
                Suite 700
                Fort Lauderdale, FL 33394
                Tel: 954-356-7255 ext. 3595
                Fax: 954-356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, this 10th day of April, 2000, to Marty Bidwell, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

                                        *[signature]*
                                        Robin S. Rosenbaum
                                        Assistant United States Attorney