UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHNNIE POWELL,

    Defendant.
_____/



## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the defendant, Johnnie Powell, by and through his undersigned attorney, and files his Motion For Extension of Time To File Pre-Trial Motions, and states as follows:

1. The above-styled matter is set for trial on May 19, 2000.

2. The defendant previously received an extension to file pre-trial motions up to April 21, 2000. The defendant filed two pre-trial motions on April 19, 2000. However, additional time was needed to file an additional motion to dismiss. Said motion is being filed simultaneously with this extension.

3. Accordingly, the defendant requests an additional one day extension of time to file pre-trial motions rendering pre-trial motions due by April 24, 2000.

5. The undersigned has not spoken with AUSA Robin Rosenbaum prior to filing this motion.



WHEREFORE the defendant prays that the Court extend the time for filing pre-trial motions by 1 day so that the motions are due by April 24, 2000.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 24TH day of April, 2000, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

_____
Martin J. Bidwill