UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHNNIE POWELL,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE PRE-TRIAL MOTIONS

THIS MATTER having come before the Court upon the Defendant's Motion for Extension of Time to file Pre-Trial Motions, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED, that the motion is hereby GRANTED and the defendant shall have until April 24, 2000, within which to file pre-trial motions.

DONE AND ORDERED this 25th day of April, 2000 at Fort Lauderdale, Florida.

nunc pro tunc - 4/24/00

~~WILLIAM L. ZLOCH~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

cc:    Martin J. Bidwill, AFPD
       Robin Rosenbaum, AUSA