UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA, :

    Plaintiff, :

v.

JOHNNIE POWELL, :

    Defendant. :

_____:

## DEFENDANT'S DISCOVERY RESPONSE

COMES NOW the Defendant, by and through his undersigned attorney, and files his Discovery Response pursuant to Fed.R.Crim.P. 16(b) and section B of the Court's Standing Discovery Order:

1.    The defendant may offer the following items into evidence during the trial of this cause: all exhibits retained by any Government agent during the course of this investigation; all items listed in the Government's response to the standing discovery order and all items provided by the Government during discovery.

                  Respectfully submitted,

                  KATHLEEN M. WILLIAMS
                  FEDERAL PUBLIC DEFENDER

By:   /s/ Martin J. Bidwill

                  Martin J. Bidwill
                  Assistant Federal Public Defender
                  Attorney for Defendant
                  Florida Bar No. 868795
                  101 N.E. 3rd Avenue, Suite 202
                  Fort Lauderdale, Florida 33301
                  (954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 11th day of May, 2000, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

Martin J. Bidwill

S:\BIDWILL\MOTIONS\ARROYO.DIS