DEFT: Johnnie Powell (no deft)    CASE NO: 00-6027-CR-Zloch
AUSA: Robin Rosenbaum  present    ATTNY: FPD: Marty Bidwill  present
AGENT:                            VIOL:
PROCEEDING: Motion for Bill of Particulars    BOND REC:
BOND HEARING HELD - yes/no        COUNSEL APPOINTED:
____ BOND SET @

FILED by ___ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
     ____ Electronic Monitoring

Motion is Denied —
AUSA to fax order
for Ct. to sign

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 5-11-00    TIME: 11.00am    TAPE # 00-035    PG # 13
2135-2715