UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6027-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHNNY LEONARD POWELL, | ) |
| a/k/a Johnnie Leonard Powell, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

The United States, by and through undersigned counsel, hereby respectfully moves the Court for a continuance of trial date in the above-captioned case. The reasons for this motion are as follows:

1. This case is currently scheduled for calendar call on May 19, 2000, for the trial period beginning May 22, 2000.

2. Special Agent Warren Martin, Internal Revenue Service Criminal Investigation Division, is the case agent assigned to this case. He conducted the investigation of the defendant and is expected to be an essential witness for the United States at trial. Additionally, Special Agent Martin's presence is necessary for trial preparation. Special Agent Warren Martin is also a major in the United States Marine Corps Reserves. Consequently, as noted in the United States's Corrected Notice of Unavailability, Special Agent Martin will be unavailable from May 22, 2000, through June 6, 2000, because he will be participating in his mandatory annual two weeks of training for the United States Marine Corps Reserves.

3. As noted in the United States's Corrected Notice of Unavailability, undersigned counsel



for the United States has purchased non-refundable tickets for a prepaid vacation from May 26, 2000, through June 4, 2000.

4. Defendant is out on bond. Undersigned counsel has spoken with counsel for defendant, and he does not object to this motion for continuance.

For the foregoing reasons, the United States respectfully moves the Court to continue this case for thirty days.

                        Respectfully submitted,

                        THOMAS E. SCOTT
                        UNITED STATES ATTORNEY

By: *(signature)*

     Robin S. Rosenbaum
     Assistant United States Attorney
     Florida Bar No. 908223
     500 E. Broward Blvd.
     Suite 700
     Fort Lauderdale, Florida 33394
     Tel: 954-356-7255 ext. 3595
     Fax: 954-356-7336


CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by United States mail this $\underline{2^{th}}$ day of May, 2000, to Marty Bidwell, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney