UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6027-CR-ZLOCH

UNITED STATES OF AMERICA )
)
)
)
v. )
)
)
JOHNNY LEONARD POWELL, )
a/k/a JOHNNIE LEONARD POWELL, )
)
Defendant. )
_____)

NIGHT BOX
FILED
MAY 17 2000
CLERK, USDC/SDFL/FTL

### GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE
### TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. The attachments to defense counsel's copy of this response are numbered pages 847A, 848A, 849A, 850A, and 851-924. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
Robin S. Rosenbaum
Assistant U.S. Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: 954-356-7255 ext. 3595
Fax: 954-356-7336

cc: Special Agent Warren Martin
    Internal Revenue Service

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, May 17, 2000 to: Marty Bidwell, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

                                                   Robin S. Rosenbaum
                                                 Assistant U.S. Attorney