UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 19 2000

CASE NUMBER 00-6027-CR-Zloch  DATE 5-19-00
CLERK Carline Newby     REPORTER Carl Schanzleh
PROBATION ___  INTERPRETER ___

UNITED STATES OF AMERICA v. Johnnie Powell

U. S. ATTORNEY Robin Rosenbaum  DEFT COUNSEL Matthew Bidwill

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for Continuance granted - all time excludable -

JUDGMENT

CASE CONTINUED TO ___ TIME ___ FOR ___

MISC 5-Day

47