UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA, :

      Plaintiff,      :

v.

JOHNNIE POWELL, :

      Defendant.    :

_____:

### DEFENDANT'S SUPPLEMENTAL DISCOVERY RESPONSE # 1

COMES NOW the Defendant, by and through his undersigned attorney, and files his Supplemental Discovery Response # 1 pursuant to Fed.R.Crim.P. 16(b) and section B of the Court's Standing Discovery Order:

1. The defendant may offer the following items into evidence during the trial of this cause: Documents; books. These materials are available for review. Pursuant to agreement with Government counsel, the undersigned is providing the Government copies of the documents.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 10th day of July, 2000, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

Martin J. Bidwill