ajp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNIE POWELL,

    Defendant.

_____/

### DEMAND FOR DISCLOSURES OF
### EXPERT WITNESS SUMMARIES

The defendant, through undersigned counsel, demands disclosure under Fed.R.Crim.P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
   Martin J. Bidwill
   Assistant Federal Public Defender
   Attorney for Defendant
   Florida Bar No. 868795
   101 N.E. 3rd Avenue, Suite 202
   Fort Lauderdale, Florida 33301
   (954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 11<sup>TM</sup> day of July, 2000 to Robin Rosenbaum, AUSA, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill