UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6027-CR-Zloch    DATE 7-14-00
CLERK Caroline Newby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA V. Johnnie Powell

U. S. ATTORNEY John Rosenbaum    DEFT COUNSEL Matthew B. Lewis II

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Possible Plea

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC