UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6027-CR-ZLOCH

FILED
JUL 19 2000

UNITED STATES OF AMERICA

v.

JOHNNY LEONARD POWELL

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            July 28, 2000 at 9:30 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_Carlira J. Newby_
BY DEPUTY CLERK

DATE: July 19, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Martin Bidwill, Esq.


p
56