UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 28 2000

CASE NUMBER: 00-6027-Cr-Zloch   DATE: 7-28-00
CLERK: Carline Newby   REPORTER: Carl Schenzleh
PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA v. Johnny Leonard Powell

U. S. ATTORNEY: Robin Rosenbaum   DEFT COUNSEL: Martin Bidwill

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING: Change of Plea to Count 5

RESULT OF HEARING: Deft entered a plea of guilty to Count 5

JUDGMENT: Court accepted plea & adjudged deft guilty to Count 5

CASE CONTINUED TO: 10-20-00   TIME: 9:30   FOR: Sentencing

MISC: Written Plea Agreement

58