UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6027-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHNNIE POWELL,

      Defendant.

_____/

## NOTICE OF FILING

COMES NOW, the defendant, by and through the undersigned attorney, and files the

attached letters from the defendant's family and friends, which letters the defendant would ask the

Court to consider in passing sentence in this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Florida Bar No. 868795
Attorney for Defendant
400 Australian Avenue North, Suite 300
West Palm Beach, Florida 33401
(561) 833-6288 / 833-0368 (Fax)

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the aforementioned motion was mailed on this 16TH

day of October, 2000, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward

Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and Frank Smith, United States Probation

Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill

Hallandale Beach Fire-Rescue
121 SW 3rd Street
Hallandale Beach, Florida 33009
11 October 2000

Dear Sir or Madam:

Johnny L. Powell has been a valuable employee to the Hallandale Beach Fire Rescue Department. He has worked under my direct supervision for over two years and in that time, Johnny has proven himself in all aspects of his job. He has shown leadership, integrity, and a sincere commitment to the citizens of Hallandale Beach. Johnny has been up-graded to positions of supervisor and has done a great job motivating his fellow firefighters. He has worked on projects for the community's well being and on numerous occasions was not compensated for his time.

Johnny is an outstanding employee and would be an asset to any organization that employs him. If you have any question regarding this correspondence or anything else, do not hesitate to contact me at the Hallandale Beach Fire Department. The telephone number is 457-1470

Sincerely,

Art Bousquet
Battalion Chief



# City of Hallandale



OFFICE OF THE FIRE CHIEF

August 18, 2000

Re: Johnny Powell

To whom it may concern:

I have personally known Mr. Johnny Powell since he became a member of the Hallandale Beach Fire Department ten (10) years ago. I have always known Johnny to be reliable and dedicated to his profession. Additionally, Mr. Powell has always involved himself in community activities, primarily those which benefit the City's children.

I am not surprised at Johnny taking full responsibility for his current legal dilemma. If there is anything I can do to show my support in helping Mr. Powell successfully rehabilitate himself, please let me know.

Sincerely,

Daniel P. Sullivan
Fire Chief

000818.A/TXTFIREX

July 27, 2000

RE: Johnnie Powell

To Whom It May Concern:

For the years that I've known Johnnie he has always been a very honest, hardworking and responsible young man. Johnnie has never been in any trouble with the law and is an upstanding citizen that does not indulge in alcohol, cigarettes or drugs.

Johnnie is a dedicated family man who spends a lot of time with his children, whether it's watching TV with them, playing a game, reading a story, telling jokes, helping with homework or simply teaching them about life. Johnnie volunteers in his community as a little league football coach. Johnnie is not just their coach, but he's their friend. If they need someone to talk with, he's there for them. If he sees one of them headed for trouble he tries to steer them in the right direction. Johnnie also help head up the Christmas Toy Drive that the Firefighters sponsor. Johnnie goes out and solicit toys and clothing donations, as well as, put in time helping to repair bicycles to give to the needy children. Johnnie will go in on Christmas morning even if he's off that day, just to help deliver the toys and clothing to the children who are less fortunate. Johnnie is the type of person that tries to help out anyone he can. Johnnie is a positive role model for his children, as well as, other children in his community.

Johnnie being severely punished and possibly going to jail will not only affect myself and our children's livelihood, hurting us financially, but it would devastate us emotionally as well. It will truly devastate his oldest daughter Porsha who resides with us after her mom passed away four years ago. If her father is sent to jail she will feel like she has lost both of her parents and that she has no one. I am also three months pregnant and desperately need Johnnie's emotional and financial support in order to get through this time in my life. I know when you break the law you have to pay the price, but if you can take into consideration the type of person he is and how much he is needed and show some leniency on him for his family's sake, we will be forever grateful.

Sincerely yours,

*Sherry L. McCarthy*

Sherry L. McCarthy

Benedetto Sorgie
523 Talavera Road
Weston, FL  33326
(954) 389-8559 H
(954) 457-1470 W

August 20, 2000

To Whom It May Concern:

I am writing this letter on behalf of Johnnie Powell in an effort to convey his professionalism in his capacity as Firefighter/Paramedic for the City of Hallandale Beach.

As a co-worker I have had the pleasure of knowing Johnnie for his ten years with the Fire Department.  Six and one half of those years were as his immediate supervisor, and as his Lieutenant, I have witnessed Johnnie's loyalty to the Department as well as a sincere compassion for the residents and visitors of the City.

In addition to the aforementioned I had the honor of being Union President for 6 years and participated in various fund raising events on and off duty. Johnnie was always there, whether volunteering his time in our hot dog stand or twelve hour days repairing and building bicycles, both of which benefited our Christmas Toy Drive for the needy families in Hallandale.

His presence will be sorely missed, both professionally and personally, and we hope for a successful resolution of his current legal situation and speedy return to this Department, if possible.

If you need further information please do not hesitate to contact me at either number provided above.

Sincerely,

Benedetto Sorgie

*August 21, 2000*

**To Whom it May Concern:**

    I have been acquainted with Mr. Johnnie Powell for almost five years, and I have found him a man of great integrity. He is a caring individual who spends a great deal of time volunteering with Inner City youth, in the South Florida Youth Football League. He is currently serving as a coach and role model for the Hallandale Jr. Charger 150 lb. Football team. His dedication and faithfulness to this task is admirable.

    He has taught discipline and teamwork to many young boys. Overall, his patience and understanding has assisted many young boys in becoming assets to their homes, schools and communities. Mr. Powell is truly an asset to his community.

Sincerely,

*Pastor Willie L. Taylor*
*Chaplain of Hallandale*
*Athletic Club*

Lori Williams
5169 S.W. 28th Terrace
Dania Beach, FL 33312
(954) 989-6782 Home
(954) 457-1478 Work

August 17, 2000

To Whom It May Concern:

As an employee of the Hallandale Beach Department of Fire Rescue
I have had the pleasure of knowing Johnnie Powell for the past
four years.  In my capacity as Fire Inspector I am fortunate to
coordinate the majority of public education and community
relations programs for the Department.  During my time on the job
Johnnie has shown a genuine concern for the residents of the
City and consistently participates in these programs without
hesitation.

Few co-workers involve themselves in community projects with the
enthusiasm Johnnie exhibits, on and off duty.  Whether it be
simple visits to the elementary school or senior center, or the
elaborate Christmas Toy Drive I always know Johnnie will be
there to lend a much needed hand for the children and the
citizens.

Should the Court decide on community hours the City, and this
Department, could use Johnnie's services.

If you have any questions or would like to discuss this matter
further please do not hesitate to contact me at the home or work
numbers provided above.

Sincerely,

Lori Williams

October 11, 2000


To Whom It May Concern:

This letter is in reference to Mr. Johnny Powell, an outstanding young man of character.  I have had the pleasure of knowing Mr. Powell for a number of years.

During this time, I have known Mr. Powell to be very community minded by donating his time as a Youth League Coach and other projects to help people in need in this community.

Mr. Powell has demonstrated a high degree of loyalty and trustworthiness.  Mr. Powell will certainly be an asset to any organization he is associated with.

Sincerely,

Joe W. Smith - (305) 652-6734
State of Florida Human Rights Advocacy Committee
District 10



# Metro Broward Professional Fire Fighters
### 10224 NorthWest 47th Street
### Sunrise, Florida 33351

### Telephone: (954) 741-5599 · Facsimile: 741-6655

**International Association of Fire Fighters**

| Florida Professional Fire Fighters | Broward County Council of Professional Firefighters | Broward County AFL-CIO | South Florida Maritime Trades Council |
|---|---|---|---|

**Principal Officers**

**Michael L. Brown**
President
Dania

**Raymond H. Briant**
Secretary
Cooper City

**Paul R. LaGala**
Treasurer
Sunrise

**Sergio Pellecer**
1st District Vice President
Dania

**Robert Klemann**
2nd District Vice President
Lauderhill

**Fred Levine**
3rd District Vice President
Sunrise

**Rex Van Mehren**
4th District Vice President
Tamarac

**Frank Baudo**
5th District Vice President
Lighthouse Point

**Don Smith**
6th District Vice President
Lauderdale Lakes

**Bill McGrath**
7th District Vice President
North Lauderdale

**Charles Bickman**
8th District Vice President
Cooper City

**Dan Debrecht**
9th District Vice President
Oakland Park

**Barry McConaghey**
10th District Vice President
Hallandale

**Chris Bator**
11th District Vice President
Coral Springs

**Joe Benavides**
12th District Vice President
Port Everglades

October 11, 2000

To whom it may concern,

I have had the opportunity the past 10 years to have worked closely with Mr. Powell as a Fire Fighter and Paramedic. During those years, he showed genuine concern for the citizens of Hallandale in both health and property. As a paramedic, he demonstrated "quick thinking" abilities that proved to be positive outcomes for some patient's lives. Johnny's fire fighting knowledge was above average along with the excellent physical condition he maintained throughout his career. Remarkably, he never let his personal problems interfere with working with others and any emergency situations we encounter.

As Union President, I am in charge of assigning chairpersons for different committees. For the past 10 years, Johnny volunteered to be in charge of our annual toy drive at Christmas time. With this event, we provided toys to over 40 families in need. Each year Johnny strived to increase the number of families in need from the previous year.

In considering the above mentioned, I feel he has done tremendous good for his community and the patients he served throughout his career as a Fire Fighter and Paramedic.

Sincerely,

Barry McConaghey
District Vice-President – Local 3080
Hallandale Professional Fire Fighters



# HALLANDALE ATHLETIC CLUB

**Post Office Box 84**
**Hallandale Beach FL.33008**
**Phone 954-458-4124**
**Fax    954-926-0992**
**HallandaleAthleticClub@yahoo.com**

**Officers**

**Willie C. Crapps**
President

**Sandra Smith**
Vice President

**Linda Shuler**
Secretary

**Linda Samuel**
Asst. Secretary

**Brenda Shuler**
Treasurer

**Ellen Taylor**
Asst. Treasurer

**Wallace Brown**
Commissioner

**Riley Crews**
Football Rep.

**Allen H. Cleare**
Alt. Commissioner

**Willie Taylor**
Parliamentarian

TO WHOM IT MAY CONCERN:

This letter is in attestation to the character and deportment of Mr. Johnnie Powell I have known him for the past four years. He is a family orientated man and has a passion for working with children. I find him to be very involved with the youth of Hallandale. His focus is on the mentoring and the guidance of young men and women, in an attempt to steer them on a worthwhile path, to help themselves and those around them.

Mr. Powell has seen the importance of involving young people in the work of the community to instill in them the attitude of helping others to help themselves. I believe this is due to Mr. Powell's true interest in uplifting those in need. This type of attitude exudes from him when he is helping others and especially the youth. He has shown exemplary citizenship throughout the community which he serves and lives in.

As a member of the Hallandale Athletic Club, he has been instrumental in teaching young people the things that are required to succeed in life as a football players and respected citizens of their neighborhood. This inspiration has become infectious among those in close contact with Mr. Powell and I look forward to working with him for a long time in the future.

If ever there is a need for a reference for Mr. Powell please feel free to contact me at (954) 458-4124.

Sincerely.

Elder Willie C. Crapps
President

Youth Minister
Koinonia Worship Center

# A SPEECH FOR DAD!!

For the years I've know you, I've got to know you for who you are and what you like to do. When I got to discover Johnnie Leonard Powell, I saw where I got some of my ways from. So we are like father like daughter in many ways, most specially in some of are ways. And I even picked up some of your corny jokes you like to tell. But one thing about them you always made people laugh at them, and especially the ones that weren't that funny. You always had a time to play and a time to act like an adult. Like any other child I like the time you play, most especially when you and me would ride around Miami and then you would turn back into an adult, and tell me where you don't want to see or here me being at. So far so good. When I brag about my dad I can say my dad is a hard working person, that would do anything for his 5 kids, no matter what. If it means working over time or going out in the hot sun working at the trailer park he'll do it. That's why I hope all the fathers days, birthdays, and ect. are very special to him so he will have time to relax and be happy. Well today is your time to shine for the good and it's a blessing to have you here and I hope you enjoy your day. May God bless you and have a nice day.

*HAPPY   BIRTHDAY   TO YOU!!!!!!*

Love, foasher fowell

Albert Delaney
3808 East Lake Terrace
Miramar, Florida 33023
(954)961-0115

August 28, 2000

To Whom It May Concern:

I have known Johnnie for five years and during this time I've found him to be a man of great character. Johnnie's affiliation with the athletic league is a great asset to everyone.

Johnnie is truly dedicated to helping the youth in our community and the passion and patience he demonstrates while working with the children is admirable. A person of his demeanor and character is someone that I truly look forward to working with again.

Sincerely,

Albert Delaney, President
Southwest Broward Junior Athletic Association



# *City of Hallandale*

400 South Federal Highway
Hallandale, FL 33009-6433
Broward:  (954) 458-3251
Dade:     (305) 949-9912
FAX:      (954) 457-1342

Wallace Brown
P.O.Box 84
Hallandale, Florida 33008


To: Whom It May Concern


      My name is Wallace Brown, I am a Recreation Supervisor with
th City of Hallandale Beach. This is a character letter for
Johnnie Powell. I have known Johnnie for about 10 years and in
that time he has coached football and Track with th youth of
Hallandale. He has been an outstanding man of his community and
he does good for the youth. I have always known him to be a good
person and I have never heard nothing but good things about him
and I have witnessed his work in the community. I am confident
that he will clear this matter.

Sincerely,

Wallace Brown
Hallandale Parks and Recreational Department