UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
OCT 20 2000

CASE NUMBER 00-6027-CR-Zloch   DATE 10-20-00
CLERK Carline Newby   REPORTER Carl Schenzler
PROBATION Frank Smith   INTERPRETER

UNITED STATES OF AMERICA v. Johnny Leonard Powell

U. S. ATTORNEY Robin Rosenbaum   DEFT COUNSEL Martin Bidwill

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 5 - 3 yrs Reporting Prob - Spec Cnds: Participate in Home Confinement Program for 120 days (see Jmt); Cooperate with IRS Re liabilities to U.S. -
JUDGMENT File accurate income tax Forms - Pay cost of Prosecution - $100 assessment - FPD appointed for appeal -

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____