# UNITED STATES DISTRICT COURT
SOUTHERN District of FLORIDA

RECEIVED OCT 2 3 2000

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JOHNNY LEONARD POWELL | CASE NUMBER: 00-6027-CR-ZLOCH |
| | MARTIN BIDWILL, ESQ., AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[XX] pleaded guilty to count(s) ___5___

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26:7201 | attempt to evade or defeat income tax | 2/96 | 5 |

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[XX] Count(s) ___remaining___ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 7/16/64
Defendant's USM No.: 55185-004
Defendant's Residence Address: 105 SW 7th Street, Hallandale, FL 33009

Defendant's Mailing Address: Date 10-23-00

10/20/00
Date of Imposition of Judgment

/s/ William J. Zloch
Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

10/23/00
Date

63

-cr-06027-WJZ Document 63 Entered on FLSD Docket 10/30/2000 P
AO 245B (Rev 8/96) Judgment in a Criminal Case
Sheet 6 - Reverse - Statement of Reasons

Judgment - Page   of

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

RECEIVED
UNITED STATES MARSHAL
2000 OCT 23 PM 1: 59
SOU... DIST OF
FT. LAUD. OFFICE

No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Purchase  SDUSM