# UNITED STATES DISTRICT COURT

for

### SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs Edward W. Abele

Docket No. 00-6027-CR-WPD
SD/FL PACTS No. 33074

TO:[1] Any United States Marshal

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Edward W. Abele | Male | White | 40 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 6490 Nova Drive, Apt. 206, Davie, FL 33317 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, District of New Jersey | March 3, 1997 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, Fort Lauderdale |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | *[signature]* | MAY 8 2001 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| **Warrant received and executed.** | 5/8/2001 | 5/11/2001 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| US Marshals Service    299 E. Broward Blvd, Room 312   Ft Lauderdale, FL  33301 |

| NAME | (BY) | DATE |
|---|---|---|
| James A. Tassone, USM SD/FL | Ed Purchase, SDUSM | 5/14/2001 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."