```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
```

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6027-CR-ZLOCH |
| ) | |
| VS. ) | |
| ) | |
| JOHNNY LEONARD POWELL, ) | THIS VOLUME: |
| ) | PAGES 1 - 13 |
| DEFENDANT. ) | |
| _____ ) | |

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON FRIDAY, OCTOBER 20, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   ROBIN ROSENBAUM, A.U.S.A.

FOR THE DEFENDANT:    MARTIN BIDWILL, ESQ.

```
                    CARL SCHANZLEH
                 OFFICIAL COURT REPORTER
                     U. S. COURTHOUSE
             299 E. BROWARD BLVD., 202B
              FORT LAUDERDALE, FLORIDA 33301
                     954 769-5488
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE